UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD DITREN *on behalf of*
*himself, FLSA Collective Plaintiffs and*
*the Class*,

                              Plaintiff,

                    – *against* –

TRI STATE PARKING INC. *and*
NELSON [LAST NAME UNKNOWN],

                              Defendants.

**ORDER**

15 Civ. 9500 (ER)

RAMOS, D.J.:

       On June 23, 2016, this Court issued a default judgment against Tri State Parking Inc. That default judgment did not apply by its terms to Nelson, the alleged CEO of Tri State Parking, Inc. As of January 2020, Nelson is still a defendant in this case. No action has occurred to move this case forward since the issuance of the default judgment in June.

       Accordingly, Ditren is directed to file a status update with the Court by Wednesday, February 26, 2020, discussing whether the case against Nelson may be dismissed under Federal Rule of Civil Procedure 41.

It is SO ORDERED.

Dated:   January 29, 2020
              New York, New York

_____
              EDGARDO RAMOS, U.S.D.J.