UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD DITREN, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,

          Plaintiff,

– against –

NELSON [*Last Name Unknown*],

          Defendants.

**ORDER**

15 Civ. 9500 (ER)

RAMOS, D.J.:

    The defendant Nelson was named in a complaint filed on December 4, 2015. As of January 2020, he has yet to be served. Ditren, in a letter filed on February 3, 2020, Doc. 20, has indicated that he consents to this action's dismissal. Accordingly, the Court dismisses this action as against Nelson pursuant to Federal Rule of Civil Procedure 4(m). The Clerk of Court is respectfully directed to close the case.

It is SO ORDERED.

Dated:   February 3, 2020
          New York, New York

                                          EDGARDO RAMOS, U.S.D.J.